

Case 1:15-cr-00537-VEC   Document 1420   Filed 11/22/19   Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2019

**BY ECF AND EMAIL**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

Re:   *United States* v. *Jorge Gonzalez*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

Pursuant to this Court's Order of November 4, 2019 (Dkt. 1415), the Government writes, with the concurrence of counsel for defendant Jorge Gonzalez (Kelley J. Sharkey, Esq.), to inform the Court regarding the status of the Government's discussions with defendant Gonzalez to resolve his motion filed November 1, 2019 (Dkt. 1414) to vacate his conviction for violating Title 18, United States Code, Sections 924(c) and 2 and sentence in light of the Supreme Court's recent decision in *United States* v. *Davis*, 2019 WL 2570623 (U.S. Jun. 24, 2019). The Government has extended a plea offer to Gonzalez through his counsel, under which the Government and Gonzalez would agree to the vacatur of his Section 924(c) conviction and sentence insofar as they have been rendered subject to invalidation by *Davis*, and Gonzalez would plead guilty to a superseding criminal information with a different charge covering his offense conduct in this case and be resentenced by this Court. To give Gonzalez and his attorney sufficient time to consider and discuss the plea offer that has been extended to Gonzalez to resolve the issues raised by his pending *Davis*-motion, the parties respectfully request leave to file a further status report on or before December 13, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   __/s/_____
Samson Enzer
Gina Castellano
Andrew C. Adams
Assistant United States Attorneys
(212) 637-2342 / -2224 / -2340

Cc:  All counsel of record (via ECF)

---

Application GRANTED.

SO ORDERED.    Date: 11/25/2019

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE