# KELLEY J. SHARKEY

| | | |
|---|---|---|
| Attorney at Law | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 01/21/2020 | 26 Court Street - Suite 2805<br>Brooklyn, New York  11242<br>Tel:  (718) 858-8843 |
| By ECF | | Fax: (718) 875-0053 |

January 21, 2020

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Jorge Gonzalez</u> 15 Cr. 537 (VEC)

Dear Judge Caproni :

     I represent Mr. Gonzalez who is scheduled for  re sentencing this Friday January 24, 2020. It was my understanding that Mr. Gonzalez would be released to a New York City halfway house before the sentence date, enabling him to attend the scheduled court appearance. Unfortunately there is a backlog in processing and Mr. Gonzalez remains at the Fairton facility in South Jersey. I spoke with AUSA Enzer and he will request Mr. Gonzalez' production, that process can take up to a month. Therefore with the consent of both parties, I respectfully request the matter be adjourned for approximately one month. Thank you.

                                                Respectfully,

                                                  /S/
                                            Kelley J. Sharkey

---

The hearing currently scheduled for Jan. 24, 2020, is adjourned to **February 20, 2020, at 11:00 A.M.**  On or before **February 7, 2020**, the parties must indicate whether they are requesting that the Court proceed directly to sentencing, in lieu of requesting an updated pre-sentence report.  If the parties would like to proceed directly to sentencing, they must also file a sentencing submission by **February 7, 2020**.

SO ORDERED.        Date: 01/21/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE