```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :
          -against-                                          :
                                                             :    15-CR-537 (VEC)
                                                             :
   JORGE GONZALEZ,                                           :    ORDER
                                                             :
                                 Defendant.                  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2023

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 8, 2023, the parties appeared before the Court to discuss Mr. Gonzalez's compliance with the terms of his supervised release, including his efforts to obtain full-time employment.

IT IS FURTHER ORDERED that the parties are ordered to appear for a status conference on **April 21, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  March 8, 2023
       New York, New York

                                        _____
                                        **VALERIE CAPRONI**
                                        **United States District Judge**