

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

April 20, 2023

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Jorge Gonzalez*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

    The Government writes, on behalf of the parties and the Probation Office, to request an approximately 30-day adjournment of the upcoming status conference in this case, currently scheduled for April 21, 2023.

    During the last conference, the Court directed the defendant to obtain a job or make efforts towards obtaining a job that could be verified by the defendant's Probation Officer. The defendant recently reported to his Probation Officer that he obtained a job as an Emergency Medical Services driver, which began on or about April 17, 2023. The Probation Officer has asked that the upcoming conference be adjourned for thirty days so she can verify the defendant's employment, and evaluate its stability, by reviewing pay stubs, contacting him at work, and taking other reasonable steps to confirm the defendant's position.

    I have conferred with defense counsel, and defense counsel consents to the requested 30-day adjournment.

Respectfully submitted,

Damian Williams
United States Attorney

By:   /s/_____
Christopher D. Brumwell
Assistant United States Attorney
(212) 637-2477

---

Application GRANTED. The status conference scheduled for April 21, 2023, is hereby ADJOURNED to **Friday, May 19, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.   Date: 4/20/2023

*[signed] Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE